# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., JOHN DOE #1, AND JOHN DOE # 2,<br><br>    Defendants. | CIVIL ACTION NO: 06-CA-11920-RGS |

## STIPULATION OF DISMISSAL

The parties in the above action, pursuant to Fed. R. Civ. P., Rule 41(a)(1), hereby stipulate that all of the claims be dismissed, with prejudice and without costs.

Respectfully submitted this 20th day of March, 2007.

| | |
|---|---|
| PATRICIA MORRIS, | Respectfully submitted,<br>NATIONAL ENTERPRISE SYSTEMS, INC., |
| By Her Attorney, | By Its Attorney, |
| */s/ Nicholas F. Ortiz* | |
| | */s/ David A. Grossbaum* |
| Nicholas F. Ortiz<br>Law Office of Nicholas F. Ortiz, P.C.<br>306 Dartmouth Street, Suite 501<br>Boston, MA 02116<br>617-716-0282 | David A. Grossbaum<br>HINSHAW & CULBERTSON LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>617-213-7000<br>617-213-7001 (facsimile) |